UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:

**Tyrone Randolph Griffith**
**Simone Andrea Griffith**
**3 Briarbranch Court**
**Greensboro, NC 27405-9699**

Case No. **B-14-      C13G**
Chapter **13**

SS# **xxx-xx-0635**
SS# **xxx-xx-1466**

Debtors

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on October 16, 2014.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Bankruptcy Court in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

# CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I. Plan Payments**

The plan proposes a payment of **$1,060.00** per month for a period of **60** months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II. Administrative Costs**

1. **Attorney fees.**
   ☒ The attorney for the Debtor will be paid the base fee of **$3,700.00**. The Attorney has received $ **500.00** from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.
   ☐ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III. Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

1. **Domestic Support Obligations ("DSO")**

   a. ☒ None

   b. The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
| | | |

   c. All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

   d. Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
| | | |

2. **Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Internal Revenue Service** | **$9,987.00** |
| **NC Dept of Revenue** | **$346.00** |

## IV. Secured Claims

### 1. Real Property Secured Claims

a. ☐ None

b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| Briarmeade HOA | HOA dues on residence | R | Y | $15.00 | $0.00 | D |
| Ocwen Loan Servicing | mortgage on residence | R | Y | $831.00 | $0.00 | D |

### 2. Personal Property Secured Claims

a. ☐ None

b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| Nissan Motor | 2012 Nissan | $32,326.00 | Y | $15,076.00 | $172.00 | $288.00 | Till |
| OneMain Financial | 2007 Nissan | $9,455.00 | Y | $1,655.00 | $78.00 | $130.00 | Till |
| Regional Finance | BR Furniture | $400.00 | Y | $0.00 | $0.00 | $7.00 | |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do **not** apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

### 3. Collateral to be Released

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| Hilton Grand Vacations | Time Share in Orlando FL |

### 4. Liens to be Avoided

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| -NONE- | |

V. **Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| **-NONE-** | | | |

VI. **General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is **4**%.

VII. **Executory Contracts/Leases**

a. ☒ None

b. The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

c. The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

VIII. **Special Provisions**

a. ☒ None

b. Other classes of unsecured claims and treatment

c. Other Special Terms

Date: **October 16, 2014**

**/s/ Jeffrey P. Farran**
**Jeffrey P. Farran**
Attorney for the Debtors
Address: **1515 W. Cornwallis Drive, Suite 101**
**Greensboro, NC 27408-6334**
Telephone: **336-272-2157**
State Bar No. **05595**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  )
    **Tyrone Randolph Griffith**  )
    **Simone Andrea Griffith**  )    **CERTIFICATE OF SERVICE**
      )
SS#    xxx-xx-0635  )
SS#    xxx-xx-1466  )    Case No.  **B-14-    C13G**
    Debtors  )

The undersigned certifies that a copy of the **Notice to Creditors and Proposed Plan** was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Anita Jo Kinlaw Troxler**
**Chapter 13 Trustee**
**P.O. Box 1720**
**Greensboro, NC 27402-1720**

**Belk/Synchrony Bank**
**c/o Leading Edge Recovery Solutions**
**5440 N Cumberland Avenue, Suite 300**
**Chicago, IL 60656-1490**

**Blue Cross/Blue Shield of NC**
**Financial Recovery**
**P.O. Box 30048**
**Durham, NC 27702-3048**

**Briarmeade Homeowner's Assoc**
**c/o HOA Management, Inc.**
**P.O. Box 19209**
**Greensboro, NC 27419-9209**

**Capital One Bank**
**Attn: Bankruptcy Dept.**
**P.O. Box 30285**
**Salt Lake City, UT 84130-0285**

**Credit One Bank**
**Attn: Bankruptcy Dept.**
**P.O. Box 98873**
**Las Vegas, NV 89193-8873**

**Dell Financial Services**
**Dell Financial Services Customer Care**
**Attn: Bankruptcy**
**P.O. Box 81577**
**Austin, TX 78708**

**ED Financial Services**
**120 N Seven Oaks Drive**
**Knoxville, TN 37922**

**Employment Security Commission**
**Tax Dept**
**P.O. Box 26504**
**Raleigh, NC 27611-6504**

**FirstPoint Collection Resources**
**P.O. Box 26140**
**Greensboro, NC 27402-6140**

**Greensboro City Taxes**
**P.O. Box 3136**
**Greensboro, NC 27402**

**Guilford County Tax Dept.**
**P.O. Box 3328**
**Greensboro, NC 27402-3328**

Hilton Grand Vacations
P.O. Box 402705
Atlanta, GA 30384

Hilton Grand Vacations
Association Manager
P.O. Box 402705
Atlanta, GA 30384-2705

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

JC Penney/Synchrony Bank
Attn: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL  32896-5060

Lowes/GECRB
Attention: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

Military Star Exchange Credit Program
Attn: Bankruptcy Dept.
P.O. Box 650410
Dallas, TX 75265-0410

Military Star/Chase Bank
P.O. Box 15298
Wilmington, DE 19850

Moses Cone Health
c/o Optimum Outcomes, Inc.
Attn: Bankruptcy
2651 Warrenville Road, Suite 500
Downers Grove, IL 60515

NC Dept of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27640-0001

Nissan Motor Acceptance
Attn: Bankruptcy Dept.
P.O. Box 660366
Dallas, TX 75266

Ocwen Loan Servicing
Attn: Bankruptcy Dept.
P.O. Box 24738
West Palm Beach, FL 33416-4738

OneMain Financial
Attn: Bankruptcy Department
P.O. Box 6042
Sioux Falls, SD 57117-6042

OneMain Financial
2300 High Point Road
Greensboro, NC 27403

Regional Finance
3733-B Farmington Drive
Greensboro, NC 27407

Sam's Club/Synchrony Bank
Attn: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL  32896-5060

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                                                          Best Case Bankruptcy

Case 14-11215    Doc 2    Filed 10/16/14    Page 6 of 7

**Solstas Lab Partners**
**c/o Stern & Associates**
**415 N. Edgeworth Street, Suite 210**
**Greensboro, NC 27401**

**Southern CA**
**2420 Professional**
**Rocky Mount, NC 27804**

**USAA Savings Bank**
**P.O. Box 47504**
**San Antonio, TX 78265**

**Walmart/Synchrony Bank**
**Attn: Bankruptcy Dept.**
**P.O. Box 965060**
**Orlando, FL  32896-5060**

Date: **October 16, 2014**          **/s/ Jeffrey P. Farran**
**Jeffrey P. Farran NCSB# 05595**
**Attorney for Debtors**
**1515 W. Cornwallis Drive, Suite 101**
**Greensboro, NC 27408-6334**
**(336)272-2157**